**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RODNEY PAUL HUNT, | ) | Case No. 15-13962-BFK |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| VICKY STOVALL, | ) | Adversary Proceeding |
| | ) | No. 16-01032-BFK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RODNEY PAUL HUNT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING TRIAL**

On January 9, 2017, the Court held a Final Pre-Trial Conference in this Adversary Proceeding. Gregory H. Counts, Esquire, was present in person. The *pro se* Defendant did not appear. For the reasons stated on the record, it is

**ORDERED:**

1. A one-day trial shall be held on **Friday, March 24, 2017, at 9:30 a.m.**

2. Exhibits and witness lists must be filed and exchanged by Friday, March 10, 2017. Objections to exhibits, if any, must be filed by 5 p.m. on Friday, March 17, 2017, otherwise the exhibits will stand as admitted into evidence.

3. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties below.

Date: Jan 10 2017

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

eod 1/12/2017

<u>Copies to</u>:

Gregory H. Counts, Esquire
300 North Washington St. Suite 202
Alexandria, VA 22314-4252
*Counsel for the Plaintiff*

Rodney Paul Hunt
201 Chain Bridge Rd
McLean, VA 22101
*Pro se Defendant*